IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-175-FDW-DCK

JASON PRINCE,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE*
OF WILLIAM L. DUDA

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Home Depot U.S.A., Inc., for admission *pro hac vice* of William L. Duda, and it appearing to the Court under Local Rule 83.1(B) that Mr. Duda should be admitted *pro hac vice* as representing Defendant Home Depot U.S.A., Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and that William L. Duda is admitted to practice before this Court *pro hac vice*.

Signed: May 11, 2009

_____
David C. Keesler
United States Magistrate Judge